KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MARC A. WALLENSTEIN #10456
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Marc.Wallenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 11 2018
at 4 o'clock and 25 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ABDURAHMAN (01),<br>DIAN ANDRIYANTO (02),<br>YULI HARYANTO (03),<br>TAUFIK HIDAYAT (04),<br>BUDI MULYANA (05),<br>DENI NURYANTO (06),<br>PURWANTO (07),<br>MAMAN RUKMANA (08),<br>TEGUH IMAM SANTOSO (09), and<br>IBNU FAHMI ZAKI (10),<br><br>     Defendants. | CR. NO. **CR18 00192 KJM**<br><br>INFORMATION<br><br>[16 U.S.C. §§ 3372(a)(1), (a)(4), and 3373(d)] |

INFORMATION

The U.S. Attorney charges:

Lacey Act Fish Trafficking
Transport and Attempted Export
Fish Possessed and Transported in Violation of
Magnuson-Stevens Act and Shark Conservation Act
(16 U.S.C. §§ 3372(a)(1), (a)(4), and 3373(d))

On or about November 7, 2018, within the District of Hawaii and elsewhere, ABDURAHMAN,[1] DIAN ANDRIYANTO, YULI HARYANTO, TAUFIK HIDAYAT, BUDI MULYANA, DENI NURYANTO, PURWANTO,[2] MAMAN RUKMANA, TEGUH IMAM SANTOSO, and IBNU FAHMI ZAKI, the defendants, did knowingly attempt to export fish, namely: shark fins, which defendants, in the exercise of due care, should have known had been transported, including imported, in violation of and in a manner unlawful under the laws and regulations of the United States, and which shark fins in fact had been transported in violation of the Magnuson-Stevens Fishery Conservation and Management Act (hereinafter "Magnuson-Stevens Act"), 16 U.S.C. § 1857(1)(A); and the Shark Conservation Act (codified within the Magnuson-Stevens Act), 16 U.S.C. § 1857(1)(P)(iv), and 50 C.F.R. § 600.1203(a)(5); which make it unlawful for any person to land any such fin that is not naturally attached to the corresponding carcass.

---

[1] This defendant goes by a single name.
[2] This defendant goes by a single name.

2

All in violation of Title 16, United States Code, Sections 3372(a)(1), (a)(4), and 3373(d).

DATED: December 11, 2018, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

_____
KENJI M. PRICE
UNITED STATES ATTORNEY

_____
MARC A. WALLENSTEIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES V. ABDURAHMAN, et. al.
Information
Cr. No.