# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-cr-00192-KJM |
| CASE NAME: | United States of America v (01) Abdurahman<br>(05) Budi Mulyana<br>(08) Maman Rukmana<br>(09) Teguh Imam Santoso |
| ATTYS FOR PLA: | Marc A. Wallenstein<br>Keith Swindle, *U.S. Fish and Wildlife*<br>Jennifer Roth, *U.S. Fish and Wildlife* |
| ATTYS FOR DEFT: | (01) Peter C. Wolff<br>(05) Dana S. Ishibashi<br>(08) Neal J. Kugiya<br>(09) Lynn E. Panagakos |
| INTERPRETERS: | (01) Janny Lauw<br>(05) Sumastuti Sumukti<br>(08) Dr. Ulrich Kozok<br>(09) Dr. Ulrich Kozok |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 12/14/2018 | TIME: | 9:06 - 9:44 |

COURT ACTION:  EP:  PLEA AND SENTENCE held.

Defendants (01) Abdurahman, (05) Budi Mulyana, (08) Maman Rukmana and (09) Teguh Imam Santoso are present, not in custody.

Also present are Indonesia Consul, Wisnu Sindhutrisno and Attorney for Consul, Harun Calehr.

Mr. Wallenstein recommends sentence to be imposed

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Misdemeanor Case Before United States Magistrate signatures verified and filed. **NO Memorandum of**

**Plea Agreement.** Court confirms with Defendant's counsel that they've reviewed the sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc with each of their respective clients with interpreters. Defendant's counsel and defendants confirm.

Mr. Wallenstein recites the essential elements and the summary of evidence against the Defendant.

Plea of GUILTY to the Information entered by the Defendant. **Pre-Sentence report is waived.**

Defendants (01) Abdurahman, (05) Budi Mulyana, (08) Maman Rukmana and (09) Teguh Imam Santoso are adjudged GUILTY to Count 1 of the Misdemeanor Information.

**Sentence Imposed as to each Defendants (01) Abdurahman, (05) Budi Mulyana, (08) Maman Rukmana and (09) Teguh Imam Santoso :**

| | |
|---|---|
| Imprisonment: | **TIME SERVED** as to each Defendant |
| Fine: | NONE |
| Special Assessment: | **$ 25.00** as to each Defendant |
| Supervised Release: | NONE |

Indonesia Consul has committed to pay each of Defendants 01) Abdurahman, (05) Budi Mulyana, (08) Maman Rukmana and (09) Teguh Imam Santoso's Special Assessment amount of $25.

Defendants advised of his right to appeal.

U.S. Pretrial Services shall turn over Defendants (01) Abdurahman, (05) Budi Mulyana, (08) Maman Rukmana and (09) Teguh Imam Santoso's passports to Mike Moravec, Trans Marine Ship Agent.

*Submitted by: Bernie Aurio, Courtroom Manager*