KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

MARC A. WALLENSTEIN #10456
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: marc.wallenstein@usdoj.gov



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 14 2018

at 9 o'clock and 06 min. A M.
SUE BEITIA, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 18-00192 KJM |
|---|---|---|
| Plaintiff, | ) ) ) | CONSENT TO RULE 11 PLEA, AND TO JUDGMENT AND SENTENCING, IN A |
| vs. | ) ) | MISDEMEANOR CASE BEFORE UNITED STATES MAGISTRATE |
| ABDURRAHMAN (01), | ) ) ) | JUDGE |
| Defendant. | ) ) ) | Date:  December 14, 2018 Time:  9:00 a.m. Judge: Hon. Kenneth J. Mansfield |

CONSENT TO RULE 11 PLEA, AND TO JUDGMENT AND SENTENCING,
IN A MISDEMEANOR CASE
<u>BEFORE UNITED STATES MAGISTRATE JUDGE</u>

I have been advised by my attorney and by the United States Magistrate Judge of my right to trial, judgment and sentencing before a United States District Judge. I expressly consent to be tried before the Magistrate Judge and expressly and specifically waive trial, judgment and sentencing by a District Judge. I also hereby declare my intention to enter a plea of guilty before the Magistrate Judge in this case.

DATED: December 14, 2018, Honolulu, Hawaii.

_____
ABDURAHMAN
Defendant (01)

_____
PETER C. WOLFF, JR.
Attorney for Defendant

APPROVED:

_____
MARC A. WALLENSTEIN
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA